UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE FELIPE FLORES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-10-282 |
| | § | |
| T.D.C.J. OR EMPLOYEES, *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a state prisoner. Plaintiff Jose Felipe Flores is currently assigned to TDCJ's Larry Gist Unit in Beaumont, Texas (D.E. 1). In his complaint, plaintiff complains of events which occurred at TDCJ's Dominguez State Jail in San Antonio, Texas (D.E. 1 at 2). He alleges that officials stood mute as he was assaulted by another inmate, and then later failed to provide prompt medical care (D.E. 1 at 3-4).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, the events about which plaintiff complains occurred in Bexar County and the defendants are located there (D.E. 1). Bexar County lies within the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). The interests of justice would be served by a transfer to the San Antonio Division of the Western District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Western District of Texas, San Antonio Division. All pending motions are denied as moot, subject to being reactivated after transfer.

SIGNED and ORDERED this 31st day of August, 2010.

_____
Janis Graham Jack
United States District Judge